**Petition for Writ of Mandamus Dismissed, and Opinion filed May 23, 2025.**



**In The**

# Fifteenth Court of Appeals

## NO. 15-25-00094-CV

### IN RE M. BRETT COOPER, M.D., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-08026-2024**

## MEMORANDUM OPINION

Relator M. Brett Cooper, M.D. has filed a petition for writ of mandamus and emergency motion to stay, complaining that the trial court abused its discretion by failing to set a hearing on his plea to the jurisdiction. The parties have informed this Court that the trial court has now set a hearing on the plea for May 29, 2025, and consequently, Relator has moved the Court to dismiss this proceeding. Accordingly, we grant Relator's motion and dismiss the petition and the emergency motion. *See* Tex. R. App. P. 52.8.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.